IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN RADILLO,

    Plaintiff,                        CV F 04 5353 AWI  WMW  P

  vs.                                        <u>ORDER</u>

M. D. LUNES, et al.,

    Defendants.

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 27, 2004. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Lunes and Chamalbide for retaliating against him for fling inmate grievances, in violation of the First Amendment. Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

           M. D. LUNES

           M. G. CHAMALBIDE

    2.    The Clerk of the Court shall send plaintiff two USM-285 forms, two summonses,

a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed February 27, 2004.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Three copies of the endorsed complaint filed February 27, 2004.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   May 23, 2005**               /s/  **William M. Wunderlich**
mmkd34                                  UNITED STATES MAGISTRATE JUDGE

2