UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN RADILLO, | ) | 1:04-CV-05353-AWI-WMW-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT |
| v. | ) ) | (DOCUMENT #12) |
| M. D. LUNES, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 5, 2005, defendants filed a motion to extend time to file a response to the complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a response to the complaint.

IT IS SO ORDERED.

**Dated:   October 27, 2005**          /s/  **William M. Wunderlich**
j14hj0                                    UNITED STATES MAGISTRATE JUDGE