IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN RADILLO,** | CIV F-04-5353 AWI WMW P |
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| **v.** | |
| **M. D. LUNES, et al.,,** | |
| Defendants. | |

  Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On November 29, 2005, defendants filed a nunc pro tunc motion for a second extension of time to file a responsive pleading and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT defendants are granted thirty days from the date of service of this order in which to file a response to the complaint.IT IS SO ORDERED.

**Dated:** **November 30, 2005**   /s/  William M. Wunderlich
j14hj0         UNITED STATES MAGISTRATE JUDGE