IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN RADILLO,

    Plaintiff,                    CV F 04 5353 AWI WMW   P

    vs.                             ORDER

M. D. LUNES, et al.,

    Defendants.

On December 30, 2005, defendants filed a motion for an extension of time in which to file a responsive pleading. Good cause appearing, IT IS HEREBY ORDERED that defendants are granted an extension of time of thirty days from the date of service of this order in which to file a responsive pleading.

IT IS SO ORDERED.

**Dated:   January 5, 2006**          **/s/  William M. Wunderlich**
mmkd34                                UNITED STATES MAGISTRATE JUDGE

1