IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN RADILLO,

    Plaintiff,                                  CV F 04 5353 AWI WMW   P

   vs.                                          ORDER RE MOTION (DOC 27 )

M. D. LUNES, et al.,

    Defendants.

The Court, having considered Defendants' request for an extension of time to serve responses to Plaintiff's interrogatories and requests for production of documents, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, of thirty days from the date of this order to serve responses to Plaintiff's interrogatories and requests for production of documents.

IT IS SO ORDERED.

**Dated:   July 6, 2006**                    /s/  **William M. Wunderlich**
j14hj0                                          UNITED STATES MAGISTRATE JUDGE

1