UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RADILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>M. D. LUNES, et al.,<br><br>    Defendants. | 1:04-CV-05353-AWI-WMW-P<br><br>ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS LUNES AND CHAMALBIDE TO SERVE INTERROGATORY RESPONSES<br><br>(Doc. 39) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 28, 2007, defendants Lunes and Chamalbide filed a motion for an extension of time to serve their responses to the second set of interrogatories propounded by plaintiff. The responses were due on February 26, 2007.

According to defendants, the responses due by Defendant Lunes were served on February 27, 2007. That being the case, and good cause appearing, the extension of time shall be granted.

Defendant Chamalbide requests additional time up to and including March 29, 2007, in which to serve her responses. Good cause appearing, the extension of time shall be granted.

Accordingly, good cause having been presented to the court and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

    1.    Defendant Lunes' motion for an extension of time to serve responses to plaintiff's second

1

1 set of interrogatories shall be granted nunc pro tunc to February 26, 2007, and

2    2. Defendant Chamalbide is granted an extension of time, up to and including March 29,

3 2007, in which to serve her responses to plaintiff's second set of interrogatories.

4 IT IS SO ORDERED.

5 **Dated:   April 10, 2007**                         **/s/  William M. Wunderlich**
                                                                     UNITED STATES MAGISTRATE JUDGE