UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN RADILLO, | ) | 1:04-CV-5353 AWI WMW PC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| v. | ) | (DOCUMENT #42, 45) |
| | ) | |
| M. D. LUNES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 22 and April 26, 2007, defendants Chamalbide and Lunes filed a motions to extend time to file dispositive motions. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted thirty days from the date of service of this order in which to file dispositive motions.

IT IS SO ORDERED.

**Dated:   April 30, 2007**              **/s/  William M. Wunderlich**
                                         UNITED STATES MAGISTRATE JUDGE