UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RADILLO,<br><br>    Plaintiff,<br><br>v.<br><br>M. D. LUNES, et al.,<br><br>    Defendants. | 1:04-CV-5353 AWI WMW PC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #51) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 25, 2007, plaintiff filed a motion to extend time to file his opposition to the motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his opposition.

IT IS SO ORDERED.

**Dated:   July 25, 2007**          /s/  William M. Wunderlich
                                           UNITED STATES MAGISTRATE JUDGE