IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RADILLO, | 1:04-cv-5353 AWI WMW (PC) |
| Plaintiff, | ORDER GRANTING FOURTH MOTION TO EXTEND TIME TO FILE OPPOSITION |
| vs. | (DOCUMENT #57) |
| M. D. LUNES, et al., | THIRTY DAY DEADLINE |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 10, 2007, plaintiff filed a motion to extend time to file his opposition to the motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his opposition to the motion for summary judgment.

IT IS SO ORDERED.

**Dated:   January 3, 2008**        /s/  William M. Wunderlich
                                    UNITED STATES MAGISTRATE JUDGE