IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN RADILLO,

        Plaintiff,                  1: 04 CV 05353 YNP GSA (PC)

    vs.                             ORDER RE MOTION (DOC 76)

DEPT. OF CORRECTIONS, et al.,

        Defendants.

      Plaintiff has filed a motion to compel the production of documents.  Discovery in this matter closed on January 5, 2007.  In his opposition, Defendant correctly notes that Plaintiff has offers no explanation for his delay, asserting only that the requested documents may lead him to admissible evidence.  The Court finds that Plaintiff has not made a showing of good cause pursuant to Federal Rule of Civil Procedure 16(b).

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to compel the production of documents is denied.

      IT IS SO ORDERED.

    **Dated:**   **September 29, 2009**           **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE